NVB 1006 (Rev. 1/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

TAMATRA MONIQUE HARRIS
    aka MONIQUE SHELTON
    aka TAMARA HARRIS

Debtor(s)

BK−16−12534−led
CHAPTER 7

ORDER GRANTING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

The debtor(s) must pay the filing fee according to the following terms:

| You must pay.... | On or before this date... |
|---|---|
| $ 80.00 | 5/9/16 |
| $ 80.00 | 7/5/16 |
| $ 80.00 | 8/4/16 |
| $ 95.00 | 9/6/16 |
| Total $335.00 | |

**PLEASE NOTE:** If the dates noted above fall on a day when the court is closed, the due date becomes the next business day.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Dated: 5/6/16

Mary A. Schott
Clerk of Court